David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 370
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
Delcha P. Williams

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Delcha P. Williams, | **Case No. 2:15-cv-01631-GMN-VCF** |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF [DOC. NO. 15] NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANSUNION LLC ONLY** |
| v. | |
| PINNACLE CREDIT SERVICES, LLC, and TRANS UNION, LLC, | |
| Defendant. | |

Plaintiff hereby withdraws the document filed as "NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANSUNION LLC ONLY" filed as Doc. No 15 and requests the Court disregard or strike the filed document.

Dated:     November 24, 2015

                Respectfully submitted,

                By:     /s/David H. Krieger, Esq.
                      David H. Krieger, Esq. (Nevada Bar No. 9086)
                      HAINES & KRIEGER, LLC
                      8985 S. Eastern Avenue, Suite 370
                      Henderson, Nevada 89123
                      *Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  11-25-2015