**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DELCHA P. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PINNACLE CREDIT SERVICES, LLC and TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01631-APG-VCF<br><br>**ORDER** |

　　　In light of the notice of settlement (Dkt. #14) between plaintiff Delcha Williams and defendant Pinnacle Credit Services, LLC,

　　　IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant Pinnacle Credit Services, LLC are vacated.

　　　IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendant Pinnacle Credit Services, LLC on or before February 1, 2016.

　　　DATED this 17th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE